# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JANE PAULEY** | ) | CASE NO.  1:17-CV-02201 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JONATHAN D. GREENBURG |
| | ) | |
| **GREAT LAKES FINANCIAL GROUP LIMITED PARTNERSHIP** | ) | **PROPOSED STIPULATED ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Plaintiff Jane Pauley and Defendant Great Lakes Financial Group Limited Partnership, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear its own expenses, costs and attorneys' fees. Further, the Parties respectfully request that the Court approve their settlement agreement, which was provided to the Court for in camera review, as fair and reasonable. Finally, the Parties respectfully request that the Court retain jurisdiction to enforce the Parties' settlement agreement.

IT IS SO ORDERED.

_____
JUDGE SOLOMON OLIVER, JR.

APPROVED

| | |
|---|---|
| s/ Hans A. Nilges | s/ Jonathan T. Hyman |
| Shannon M. Draher (0074304) | Jonathan T. Hyman (0068812) |
| sdraher@ohlaborlaw.com | jhyman@meyersroman.com |
| Hans Nilges (0076017) | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| hans@ohlaborlaw.com | 28601 Chagrin Blvd., Suite 500 |
| NILGES DRAHER LLC | Cleveland, OH 44122 |
| 7266 Portage Street, NW, Suite D | Phone: (216) 831-0042 |
| Massillon, OH 44646 | Fax: (216) 831-0542 |
| (330) 470-4428 (Phone) | |
| (330) 754-1430 (Fax) | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |