UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE PAULEY, | ) | CASE NO. 1:17 CV  2201 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER OF APPROVAL OF |
| | ) | SETTLEMENT AND CASE |
| GREAT LAKES FINANCIAL GROUP | ) | DISMISSAL |
| LIMITED PARTNERSHIP | ) | |
| | ) | |
| Defendant | ) | |

The court has reviewed the parties' request for approval of settlement and proposed order of dismissal. Further, the court has reviewed the parties settlement agreement and finds it to be fair, reasonable and adequate and that the attorney fees are reasonable.  Consequently, the court approves the settlement and dismisses the case, with prejudice, on the terms stipulated to by the parties as reflected in their proposed order seeking approval and dismissal, (ECF no. 15).

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 8, 2018